NO. 07-12-00047-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 3, 2012

_____

CYNTHIA LYNN GREEN, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE CRIMINAL DISTRICT COURT 1 OF TARRANT COUNTY;

NO. 1162056D; HONORABLE SHAREN WILSON, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Cynthia Lynn Green, filed Notice of Appeal to appeal a judgment adjudicating her guilty of the offense of securing execution of a document by deception,[1] and sentence of 12 months confinement in the State Jail Division of the Texas Department of Criminal Justice. Appellant's appointed counsel filed a Motion to Dismiss Appeal on February 2, 2012.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the

_____

[1] See Tex. Penal Code Ann. § 32.46 (West Supp. 2011).

motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.

                                        Mackey K. Hancock
                                              Justice


Do not publish.